THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., Plaintiffs, v. 509 EXCAVATING LLC, a Washington limited liability company, Defendant. | NO. C19-01527-JLR JUDGMENT |

## Summary of Judgment

Judgment Creditor:     Operating Engineers Trust Funds
Judgment Debtor:     509 Excavating LLC

Amounts Payable to Plaintiff Fund
Unpaid Contributions:     $91,590.55
Liquidated Damages     $11,014.25
Interest through October 25, 2019     $2,038.35
Interest thereafter (on unpaid
    contributions only)     12% per annum

Amounts Payable to Plaintiff Local Union
Unpaid Union Dues:     $5,673.55

Amounts Payable to All Plaintiffs
Attorneys Fees:     $543.00
Costs:     $461.00
Other Recovery Amounts:     NONE
Interest Rate on Costs:     NONE
Attorneys for Judgment
    Creditor:     Reid, McCarthy, Ballew & Leahy, L.L.P.

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Adam Keck and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period June 2019 through August 2019: for contributions of $91,590.55, for Union dues of $5,673.55, for liquidated damages of $11,014.25, for pre-judgment interest of $2,038.35, for attorneys' fees of $543.00, and for costs of $461.00; all for a total of $111,320.70.

JUDGMENT ENTERED this 1ST day of November, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

//
//
//

JUDGMENT – C19-01527-JLR
Page 2 of 3
G:\01-01999\540 IUOE Trust\509 Excavation LLO 37185-37186-37187 6-19-1\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925